IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JERRY LENEZ BANGMON | § | |
| VS. | § | CIVIL ACTION NO.  1:21-CV-88 |
| CALVIN TUCKER, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

  Plaintiff Jerry Lenez Bangmon, proceeding through counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Calvin Tucker, Michael Crow, Christopher L. Norsworthy, Patricia Banks, and Jeffery Dabney.

  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  (Doc. #8.)  The magistrate judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m) because Plaintiff failed to serve the defendants or show good cause for failing to serve the defendants.

  The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 14 day of **February, 2022.**

_____
Thad Heartfield
United States District Judge